UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES E MARTIN, ET AL.,<br>　　　　　Plaintiffs,<br>　　v.<br>FORD MOTOR COMPANY, et al.,<br>　　　　　Defendants. | Case No. 18-cv-00405-BLF<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Lucy H. Koh for consideration of whether the case is related to *Hyde et al. v. Ford Motor Company*, Case No. 17-CV-05613-LHK.

**IT IS SO ORDERED.**

Dated: January 31, 2018

_____
BETH LABSON FREEMAN
United States District Judge